UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORNING INCORPORATED and ARTIFICIAL SENSING INSTRUMENTS ASI AG, <br><br> Plaintiffs, <br><br> v. <br><br> SRU BIOSYSTEMS, LLC, SRU BIOSYSTEMS, INC. and SRU BIOSYSTEMS HOLDINGS, LLC, <br><br> Defendants. | Civil Action No. 04-MC-10108 <br><br> Judge O'Toole <br><br> [Subpoena for Case No. 03-663-JJF in the District of Delaware] |

**DISCOVERY LABWARE'S ASSENTED-TO MOTION TO FILE UNDER SEAL ITS MEMORANDUM IN OPPOSITION TO CORNING'S PETITION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA**

Pursuant to Local Rule 7.2, Discovery Labware hereby moves this Court to impound its Memorandum In Opposition To Corning Incorporated's Petition To Compel Production Of Documents Pursuant To Subpoena, as well as an exhibit in support thereof. Corning Incorporated's counsel has assented to this Motion. The above-mentioned documents are listed as follows and are attached to this Motion in a sealed envelope:

1. Discovery Labware's Memorandum of Law in Opposition To Corning Incorporated's Petition To Compel Production Of Documents Pursuant To Subpoena; and

2. Exhibit 1: Deposition transcript of Guy Page dated March 23, 2004.

- 1 -

As grounds for this motion, Discovery Labware states that all of the above-referenced documents contain information that Discovery Labware designates as "Confidential - Attorneys' Eyes Only" under the terms of the Protective Order issued by the Delaware Court in the underlying action.

Discovery Labware further requests that the impoundment order should remain in place until further order by the Court, and that at the time of expiration of the order, the above documents shall be retrieved by counsel for Discovery Labware.

WHEREFORE, Discovery Labware respectfully requests that this Court issue an order:

1. Impounding the above-listed documents;

2. Allowing the impoundment order to remain in place until further order by the Court; and

3. Granting such further and other relief as the Court deems just and proper.

Respectfully submitted,

DISCOVERY LABWARE
By its attorneys,

Dated: April 27, 2004

_____
John J. Cotter (BBO No. 554524)
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA  02110
Telephone: (617) 248-7000
Facsimile: (617) 248-7100


Of Counsel:
John A. Krause
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY  10112-3801
Telephone: (212) 218-2100
Facsimile: (212) 218-2200


### CERTIFICATION UNDER LOCAL RULE 7.1

I certify that, pursuant to Local Rule 7.1, counsel for the parties have conferred in good faith and counsel for Plaintiff Corning Incorporated has assented to this motion.

_____
John J. Cotter
Attorney for DISCOVERY LABWARE


**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/by hand on Apr 27 2004.

- 3 -